## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Arturo Esguerra<br><br>    Plaintiff,<br><br>v.<br><br>National Enterprise Systems, Inc.<br><br>    Defendant. | Case No. 13-cv-02716<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

    By:   /s/ Jeffrey S. Hyslip
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        917 W. 18th Street
        Suite 200
        Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Jeffrey C. Turner
Surdyk, Dowd & Turner Co., LPA
1 Prestige Place, Suite 700
Miamisburg, OH 45342

Counsel for:
National Enterprise Systems, Inc.

/s/ Jeffrey Hyslip