UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Arturo Esguerra, | ) | Case No. 1:13 CV 2716 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| National Enterprise Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a Notice of Dismissal with Prejudice (ECF #5) dismissing this action pursuant to Fed. R. Civ. P. 41(a)(A)(i). In accordance with Plaintiff's wishes, the Court hereby DISMISSES this action WITH PREJUDICE.

IT IS SO ORDERED.

          ___*Donald C. Nugent*_____
          DONALD C. NUGENT
          United States District Judge

DATED:__March 25, 2014___